NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDITH GRIFFITHS, as personal )
representative of the Estate of Alfred )
Griffiths, deceased, )
)
     Appellant, )
)
v. )     Case No. 2D18-4252
)
DEL PRADO RETAIL CENTER, LLC, a )
Florida Limited Liability Company; )
TRINITY COMMERCIAL GROUP, INC., a )
Florida Corporation; and HALSTATT )
MANAGEMENT COMPANY, LLC, a )
Delaware Limited Liability Company, )
)
     Appellees. )
_____)

Opinion filed October 23, 2019.

Appeal from the Circuit Court for Lee
County; Alane C. Laboda, Judge.

James C. Blecke of The Haggard Law
Firm, P.A., Coral Gables, for Appellant.

Mark D. Tinker of Cole, Scott & Kissane,
P.A., Tampa, for Appellees Del Prado
Retail Center, LLC, and Trinity
Commercial Group, Inc.

No appearance for remaining Appellee.

PER CURIAM.

Affirmed.


KHOUZAM, C.J., and SALARIO and SMITH, JJ., Concur.